# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Rose Thomas
                Plaintiff,

v.                                    Case No.: 1:21−cv−06000
                                            Honorable Ronald A. Guzman

Ford Motor Company
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

      MINUTE entry before the Honorable Ronald A. Guzman: In−person motion hearing held 3/14/2023. Attorney NaVarrio Wilkerson's motion to withdraw as counsel on behalf of Plaintiff Rose Thomas [39] is granted. As stated in open court, Plaintiff has 30 days to find a new attorney. Status hearing set for 4/13/2023 at 10:30 a.m. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.