ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),
Rose Thomas

v.

Case No. 1:21-cv-06000

Judge Franklin U. Valderrama

Defendant(s).
Ford Motor Company

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was (check one):

☐ tried by a jury with Judge                    presiding, and the jury has rendered a verdict.
☐ tried by Judge                    without a jury and the above decision was reached.
☒ decided by  Judge  Franklin U. Valderrama    on a motion for Summary Judgment.

Date: 12/5/2024                    Thomas G. Bruton, Clerk of Court

                    Jonathan Martinez, Deputy Clerk